452 A.2d 35

Reynolds v. Duck, Appellant.

Argued December 2, 1981. Lawrence John Neary, for appellant; Samuel E. Teeter, for appellee.

Before WICKERSHAM, WIEAND and MONTEMURO, JJ.

Order affirmed.